UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN WILLIAM WALLACE,

        Plaintiff,

    v.

UNITED STATES GOVERNMENT, et al.,

        Defendants.

No. CV-06-315-FVS

ORDER

**THE COURT** having ordered Mr. Wallace to file an amended complaint on or before February 26, 2007; and Mr. Wallace having failed to do so; Now, therefore

**IT IS HEREBY ORDERED:**

Mr. Wallace's complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this order, enter judgment accordingly, furnish copies of the order and judgment to Mr. Wallace, and close the case.

**DATED** this ___8th___ day of March, 2007.

                        s/ Fred Van Sickle
                        Fred Van Sickle
                United States District Judge

ORDER - 1