AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN WILLIAM WALLACE,

                Plaintiff,

                v.

UNITED STATES GOVERNMENT, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-315-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is dismissed without prejudice.

March 8, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters